UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0081M-01 (CR) |
| | : | |
| ROBERTA BRAGA, | : | VIOLATION:  18 U.S.C. § 669 |
| | : | (Theft or Embezzlement In Connection |
| Defendant. | : | With Health Care) |

**INFORMATION**

The United States Attorney informs the Court:

**COUNT ONE**

On or about January 26, 2004, within the District of Columbia, in the course of perpetrating a scheme that lasted from early 2001 until March 2005, **ROBERTA BRAGA**, did steal, embezzle, or wrongfully convert to her personal use, a check in the amount of $864.80, numbered #54549964, issued by the Care First BlueCross BlueShield health care benefit program and made payable to Dr. Elidia C. Fidel, DDS.

(**Theft or Embezzlement in Connection With Health Care** in violation of Title 18, United States Code, Section 669)

KENNETH L. WAINSTEIN
United States Attorney
Bar N0. 451-058

By: _____
ALEXANDER SHAWE
DC Bar #472492
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, NW,  Room 4239
Washington, D.C.  20530
(202) 514-9519