# United States District Court
## for the District of Columbia

**FILED**

APR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

CASE NUMBER:   CR  06-095 (PLF)

**ROBERTA  BRAGA**

I,      ROBERT BRAGA              the above named defendant, who is accused of

18 USC 669 Theft or Embezzlement in Connection with Health Care - Count 1

being advised of the nature of the charge,  the proposed information, and of my rights,  hereby

waive  in open court on      April 20, 2006       prosecution by indictment and consent that the

proceeding may be by  Information rather than by Indictment.

Defendant   Roberta Braga

Counsel for Defendant   Rita Bosworth, Esquire

Judge Paul L. Friedman
United States District Court