U.S. Department of Justice

United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FILED

April 4, 2006                           APR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Rita Bosworth, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004

06 cr 95

Re:     <u>United States v. Roberta Braga</u> (GJO)

Dear Ms. Bosworth:

This letter sets forth the full and complete plea offer to your client, Ms. Roberta Braga ("Ms. Braga"). This offer is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia (hereinafter "the government" or "this Office" or "USAO-DC"). Upon receipt, the executed letter will itself become the plea agreement. The terms of the offer are as follows:

1.      **Charges:** Ms. Braga agrees to plead guilty to one count of a Criminal Information charging a violation of 18 U.S.C. § 669 (theft or embezzlement in connection with health care). It is understood that the guilty plea will be based on a factual admission of guilt to the offense charged to be made before the Court by Ms. Braga and will be entered in accordance with Federal Rule of Criminal Procedure 11. Ms. Braga will agree to a "Statement of the Offense" which fairly and accurately describes Ms. Braga's actions and involvement in the offense. It is anticipated that during the Rule 11 plea hearing, Ms. Braga will adopt and sign the Statement of the Offense as a written proffer of evidence.

2.      **Potential penalties, assessments, and restitution:** Ms. Braga understands that the statutory maximum sentence that can be imposed is ten years imprisonment, a fine of $250,000, or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), a $100 special assessment, a three-year term of supervised release, an order of restitution, and an obligation to pay any applicable interest or penalties on fines or restitution not timely made. Notwithstanding the maximum sentence, Ms. Braga understands that the sentence to be imposed in this case will be determined by the Court, guided by the factors enumerated in 18 U.S.C. §3553(a), including a consideration of the guidelines and policies promulgated by the United States Sentencing Commission, <u>Guidelines Manual</u> (2005) (hereinafter "Sentencing Guidelines" or "U.S.S.G."). Ms. Braga understands that this sentence, including the applicable sentencing guidelines range, will be determined solely by the Court, and the government cannot and does not make any promises,

representations, or predictions regarding what sentence the Court will impose. Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing. Ms. Braga further understands that if the Court imposes a sentence that is in any way unsatisfactory to her, she cannot move to withdraw her guilty plea.

3. Ms. Braga agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, she is **accountable for the theft or embezzlement of more than $150,000, but less than $200,000.** [1]

4. The Government agrees that it will not seek any increases in your client's base offense level **other than for it be to be adjusted to properly reflect the amount of money your client stole or embezzled.**[2] The Government further agrees that it will not seek an upward departure from the otherwise applicable guideline range established by the Sentencing Guidelines. Your client understands and acknowledges that the terms of this paragraph apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer or Court), the Government is free under this agreement to seek an increase in the base offense level based on that post-agreement conduct.

5. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses. Your client further agrees that the District Judge should make any Sentencing Guidelines determinations.

6. **Financial Arrangements:** Ms. Braga agrees that prior to or at the time of the sentencing, she will deliver to the Clerk's Office, United States District Court for the District of Columbia, a certified check in the amount of $100.00, to cover the special assessment, as required in 18 U.S.C. § 3013; she also agrees to pay restitution to Dr. Elidia C. Fidel, DDS, in the amount and in the manner to be determined by the Court. Ms. Braga also agrees to provide a full and complete

---

[1]   Ms. Braga understands that it is the government's position that pursuant to §2B1.1(a)(2) of the Sentencing Guidelines, the base offense level for her criminal conduct is **6**, and that pursuant to §2B1.1(b)(1)(F), the offense level is to be **increased by 10 levels to a level 16.** This increase takes into account that your client acknowledges responsibility for the theft or embezzlement of more than $150,000, but less than $200,000.

[2]   For example, the government will not seek any adjustment to reflect any "Abuse of Trust" pursuant to §3B1.3 of the Sentencing Guidelines.

2

assets, real or tangible, held by her or in any other name for her benefit, and, to that end, to submit a standard form 500 (Financial Statement of Debtor).

7.     **Government Concessions**: In exchange for her guilty plea, the government agrees: (a) to a three-level, if applicable, adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1; (b) not to oppose Ms. Braga's release pending sentencing;[3] (c) not to oppose Ms. Braga's voluntary surrender to commence serving any sentence which might be imposed; and (d) not to oppose Ms. Braga's request for the Court to impose any potential incarceration at a particular federal facility, provided that Ms. Braga continues to show her acceptance of responsibility, as set forth in U.S.S.G. § 3E1.1, by:

(a) cooperating with the presentence report writer (including answering all material questions truthfully and providing all financial information requested); (b) cooperating fully and truthfully with the Court in any proceeding arising from this matter; (c) complying with the other provisions of the agreement; and (d) abiding by the conditions set for her release by the Court.  Also, subject to other paragraphs in the agreement, the government will not bring any additional criminal charges against Ms. Braga in the United States District Court for the District of Columbia or the Superior Court of the District of Columbia for the offenses outlined in the Statement of Offense.  The agreement not to prosecute Ms. Braga does not extend to federal or local crimes of violence as those terms are defined in 18 U.S.C. § 16 and D.C. Code § 23-1331(4).  It is understood that the United States has no evidence, as of the date of the agreement, of any crimes of violence involving Ms. Braga.

8.     **Reservation of Allocution**:  The government reserves its full right of allocution, including, among others things, the right: (a) to inform the presentence report writer of any relevant facts; (b) to dispute factual inaccuracies in the presentence report and to contest any matters not provided for in the plea agreement; and (c) to set forth at sentencing and at any proceedings before the Bureau of Prisons all of its evidence with respect to all of Ms. Braga's criminal activities, subject to the provisions of the following paragraph.

If in the plea agreement the government has agreed to recommend or refrain from recommending to the sentencing judge a particular resolution of any sentencing issue, the government reserves the right to full allocution in any post-sentence litigation in order to defend the sentencing judge's ultimate decision on such issues.

9.     **Breach of Agreement**:  Ms. Braga agrees that if she fails to comply with any of the provisions of the plea agreement, makes false or misleading statements before the Court, commits any further crimes, and/or attempts to withdraw the plea, the government will have the right to characterize such conduct as a breach of the plea agreement.  Moreover, if during an investigation or prosecution Ms. Braga should commit perjury, knowingly give any false statement, commit any act of contempt, or obstruct justice, the government may prosecute her for these offenses to the

---

[3]    While the government will not oppose Ms. Braga's release pending sentencing, the parties of course recognize that any final determination regarding detention pending sentencing will be left to the discretion of the Court.

fullest extent provided by law. In the event of a breach of the agreement, (a) the government will be free from its obligations under the agreement and may take whatever position it believes appropriate as to the sentence and the conditions of Ms. Braga's release (for example, should Ms. Braga commit any conduct after the date of the agreement that would form the basis for an increase in Ms. Braga's offense level or justify an upward departure -- examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, a probation officer, or Court -- the government is free under the agreement to seek an increase in the offense level based on that post-agreement conduct); (b) Ms. Braga will not have the right to move to withdraw the guilty plea; © Ms. Braga shall be fully subject to criminal prosecution for any other crimes which she has committed or might commit, if any, including but not limited to perjury and obstruction of justice; and (d) the government will be free to use against Ms. Braga, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by her pursuant to the agreement.

In the event of a dispute as to whether Ms. Braga has breached the agreement, and if Ms. Braga so requests, the matter shall be submitted to the Court and shall be resolved by the Court in an appropriate proceeding at which any information provided to the government prior to, during, or after the execution of the plea agreement shall be admissible and at which the government shall have the burden to establish a breach by a preponderance of the evidence.

10.    **USAO-DC's Criminal Division Bound**: Ms. Braga understands that the agreement is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia. The agreement does not bind the Civil Division of the Office or any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil, tax, or administrative claim pending or that may be made against Ms. Braga.

11.    **Complete Agreement**:    No other agreements, promises, understandings, or representations have been made by the parties or their counsel other than those contained in writing herein, nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by Ms. Braga, Ms. Braga's counsel, and an Assistant United States Attorney for the District of Columbia.

If the foregoing terms and conditions are satisfactory, Ms. Braga may indicate her assent by signing the agreement in the space indicated below and returning the original to the undersigned Assistant United States Attorney once it has been signed by Ms. Braga and her counsel.

Sincerely yours,

_Kenneth L. Wainstein/ma_

KENNETH L. WAINSTEIN
United States Attorney

4

By: _____
ALEXANDER P. SHAWE
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9519

I have read the plea agreement, consisting of four pages, and have discussed it with my attorney. I fully understand the agreement and agree to it without reservation. I do so voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand the agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in the plea agreement. I am satisfied with the legal services provided by my attorney in connection with the plea agreement and matters related to it.

Date: 4/20/06                    _____
                                 Ms. Roberta Braga
                                 Defendant


I have read each of the previous four pages constituting the plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client fully. These pages accurately and completely set forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in the agreement.

Date: 4/20/06                    _____
                                 Ms. Rita Bosworth, Esq.
                                 Attorney for Defendant