|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>APR 2 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA     :
                             :
v.                           :     Criminal No: 06-95
                             :
ROBERTA BRAGA                :

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant hereby submit this Factual Proffer in Support of a Guilty Plea.

1.  The defendant is charged in Count One of a criminal information with violating 18 U.S.C. § 669 (Theft or embezzlement in connection with health care). The essential elements of this offense are:

    A.  That the defendant knowingly and willfully embezzled or stole property or funds; and

    B.  That the property or funds rightfully belonged to a health care benefit program affecting commerce under which medical services were provided and payment was made under the program.

2.  Had this matter gone to trial, the government's evidence would have proven that from September 1999 until sometime in 2005, the defendant was employed in an administrative capacity at Friendship Dental, a N.W. Washington, D.C. dental practice owned and operated by Dr. Elidia C. Fidel. Throughout her employment, the defendant had knowledge that Friendship Dental provided medical services and that payments to Friendship Dental were in part made through various health care benefit programs. Sometime in 2001, the defendant began to perpetrate a scheme that lasted until sometime in 2005. Throughout the scheme, the defendant took checks issued by health care programs and properly made out to Dr. Fidel and fraudulently made the checks payable to herself by forging Dr.

Fidel's signature on the back of the checks. After effecting the fraudulent "third party endorsements", the defendant would then deposit the checks from the health care programs into her personal account at the Bethesda, MD Chevy Chase Bank and would subsequently make personal use of the stolen funds. On January 26, 2004, the defendant deposited into her personal account a check issued by the Care First BlueCross BlueShield health program, numbered #54549964, and made payable to "Elidia C. Fidel, DDS" in the amount of $864.80. BlueCross BlueShield issued the check pursuant to a medical benefit plan and for purposes of reimbursing Dr. Fidel and Friendship Dental for prior medical services. The defendant persisted in this conduct until sometime in March 2005 when Chevy Chase Bank personnel became suspicious of the defendant's efforts to deposit yet another check upon which she had effected a fraudulent third party endorsement by forging the name of Dr. Fidel. The bank refused to accept the deposit and alerted its security specialist who in turn alerted the United States Secret Service. The bank security specialist, along with U.S. Secret Service Special Agent Richard C. Hersh III, then reviewed all activity relating to the defendant's bank account from March 2005 back to the beginning of 2001. The review revealed significant account irregularity and demonstrated that throughout the 2001-2005 scheme, the defendant had unlawfully deposited checks – issued to Dr. Fidel by both health care programs and individual patients – that **totaled an amount in excess of $150,000, but less than $200,000.** In January 2005, the defendant met with Special Agent Hersh and provided both oral and written statements in which she admitted to the illegal conduct discussed above.

    3.    This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's

guilty plea to the offense of Theft or Embezzlement in Connection with Health Care charged in the Criminal Information.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY

          ALEXANDER P. SHAWE
          Assistant United States Attorney
          DC Bar No. 472-492
          Federal Major Crimes Section
          555 4th Street, N.W. – Room 4239
          Washington, D.C. 20001
          (202) 514-9519

## DEFENDANT ROBERTA BRAGA'S ACKNOWLEDGEMENT

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 4/20/06

_____
ROBERTA BRAGA

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 4/20/06

_____
RITA BOSWORTH, Esquire
Attorney for Auther Weeks