IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERTA BRAGA )<br>_____) | Cr. No. 06-95 (PLF) |

**DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING**

Ms. Roberta Braga, through undersigned counsel, hereby requests a continuance of her sentencing, and states in support the following:

1. On April 20, 2006, Ms. Braga pled guilty to one count of Theft or Embezzlement in Connection With Health Care, in violation of 18 U.S.C. § 669.

2. Ms. Braga is currently scheduled to be sentenced before this Court on Tuesday, July 11, 2006, at 9:30 a.m.

3. At the time of the filing of this motion, Ms. Braga is five months pregnant with her second child, and she is due to give birth at the end of August 2006.

4. As such, Ms. Braga respectfully requests that the Court postpone her sentencing until after she has had a chance to recover from the birth and spend time with her new son during the crucial and formative beginning months of his life.

5. Assistant United States Attorney Alex Shawe does not oppose this motion.

6. Counsel for the government and undersigned counsel are both available any day or time during the week of October 30, 2006.

WHEREFORE Ms. Braga respectfully requests that the Court reschedule her sentencing date for sometime during the week of October 30, 2006, and adjust the due dates for sentencing memoranda and the pre-sentence investigation report accordingly.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500