IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                            )<br>       v.                   )<br>                            )<br>ROBERTA BRAGA               )<br>_____) | Cr. No. 06-95 (PLF) |

**ORDER**

Upon consideration of defendant's unopposed motion to continue her sentencing, it is this

_____ day of _____, 2006, hereby

**ORDERED** that defendant's sentencing date is continued until _____

_____, at _____; and it is further

**ORDERED** that the probation officer shall complete the pre-sentence investigation

report by _____; and it is further

**ORDERED** that any sentencing memoranda shall be filed by _____

_____; and it is further

**ORDERED** that any response to such memorandum shall be filed by _____

_____.

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge