UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-095 (PLF) |
| | : | |
| v. | : | Sentencing Date: January 5, 2007 |
| | : | |
| **ROBERTA P. BRAGA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, the defendant pled guilty on April 20, 2006, to Theft or Embezzlement in Connection with Health Care, in violation of Title 18 U.S.C. Section 669.

2. The defendant has no prior criminal convictions.

3. Based upon a total offense level of 13, and the defendant's criminal history category of I, the guideline range for imprisonment is 12 to 18 months.[1]

4. Pursuant to the defendant's April 20, 2006 guilty plea, the defendant acknowledged certain relevant criminal conduct in her factual proffer – she acknowledged knowingly and willfully perpetrating a scheme which resulted in the embezzlement of funds rightfully belonging to a health care benefit program. Specifically, the defendant acknowledged that, from sometime in 2001 through March of 2005, she unlawfully deposited checks – issued to Dr. Elidia Fidel by both health care programs and individual patients – that totaled approximately $165,000.

---

[1] This offense level takes into account that the defendant will presumably receive a three point downward adjustment for having taken responsibility for her criminal conduct.

5. Pursuant to the plea agreement, in addition to other agreements and acknowledgments made by the defendant and the Government as part of the plea agreement, the defendant agreed to "pay restitution to Dr. Elidia C. Fidel, DDS, in the amount and in the manner to be determined by the Court," and the Government agreed "not to oppose Ms. Braga's voluntary surrender to commence serving any sentence which might be imposed . . . and not to oppose Ms. Braga's request for the Court to impose any potential incarceration at a particular federal facility."

6. In this case, the Government respectfully requests a period of incarceration within the applicable guideline range. The defendant's criminal conduct occurred over the course of four years, during which time she held a position of great trust within Dr. Fidel's dental practice. In exchange for this trust, as outlined in Dr. Fidel's detailed and heart-felt victim impact statement, the defendant embezzled approximately $165,000 from Dr. Fidel's dental practice.

7. The Government believes that, despite the fact that the defendant stands before the Court facing sentencing for her first criminal conviction, a departure is not warranted in this case, but rather the defendant should be sentenced within the applicable guideline range.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NO. 498-610

    _____
    AARON H. MENDELSOHN
    ASSISTANT UNITED STATES ATTORNEY
    D.C. BAR NO. 467-570
    FEDERAL MAJOR CRIMES SECTION
    (202) 514-9519

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Rita Bosworth, Esquire, this 18th day of December, 2006.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY