IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-095 (PLF) |
| v. | ) | |
| | ) | |
| ROBERTA BRAGA | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Roberta Braga, through undersigned counsel, hereby requests a continuance of her sentencing, and states in support the following:

1. Ms. Braga is scheduled to be sentenced before this Court on Friday, January 5, 2007, at 9:30 a.m.

2. Undersigned counsel hopes to present a video along with her sentencing memorandum, but her office is having technical difficulties putting the video together.

3. Undersigned counsel will be on leave from December 26 through January 2, and she will therefore be unable to resolve the technical problems in enough time to submit her memorandum to the court prior to sentencing.

4. Assistant United States Attorney Aaron Mendelsohn does not oppose this motion, though he does request that the new sentencing date not be between January 27 and February 5 because the victim will be unavailable during that time.

WHEREFORE Ms. Braga respectfully requests that the Court reschedule her sentencing for a date for either the week of January 22 or the week of February 6.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500