## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 06-095 (PLF)** |
| **v.** ) | |
| ) | |
| **ROBERTA BRAGA** ) | |
| _____) | |

### ORDER

Upon consideration of defendant's unopposed motion to continue her sentencing, it is this

_____day of _____, 200__, hereby

**ORDERED** that defendant's sentencing date is continued, and it is further

**ORDERED** that a new date of _____ shall be scheduled.

_____
HONORABLE PAUL FRIEDMAN
United States District Judge