IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
         v.              )     Cr. No. 06-095 (PLF)
                         )
ROBERTA BRAGA            )
                         )

**FILED**

DEC 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's unopposed motion to continue her sentencing, it is this 27th day of December, 2006, hereby

ORDERED that defendant's sentencing date of 1/5/07 is vacated and is continued, and it is further

ORDERED that a new date of February 13, 2007 at 10 A.M. shall be scheduled.

HONORABLE PAUL FRIEDMAN
United States District Judge