HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-095</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| BRAGA, Roberta | : | Disclosure Date: <u>December 1, 2006</u> |

FEB 1 _ 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                            **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Roberta P. Bray_  2/13/07          _Rita Bonner_  12/18/06
**Defendant**           **Date**              **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 15, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Acting Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                         Page 2

I have reviewed the PSR and find no legal inaccuracies. Ms. Braga has not yet had an opportunity to review the report. However, counsel knows that on page 9, ¶ 31, Ms Braga's mother-in-law must leave the United States in January because that is when her visa expires.

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 12/18/06