IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

UNITED STATES
PLAINTIFF

**FILED**

NOV - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

CR06-095-PLF

vs.

Case No.: 288301-V

ROBERTA BRAGA
DEFENDANT

**RECEIVED**

NOV - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Other Court's Case#: NO. 06-095-01 (PLF)

### NOTICE OF FOREIGN JUDGMENT
(558)

   **I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on October 29th, 2007:

NOTICE IS HEREBY GIVEN OF A LIEN AGAINST THE PROPERTY OF THE DEFENDANT NAMED BELOW. PURSUANT TO TITLE 18, UNITED STATES CODE, 3613 (C), A FINE OR AN ORDER OF RESTITUTION IMPOSED PURSUANT TO THE PROVISIONS OF SUBCHAPTER C OF CHAPTER 227 IS A LIEN IN FAVOR OF THE UNITED STATES UPON ALL PROPERTY BELONGING TO THE PERSON FINED OR ORDERED TO PAY RESTITUTION. NAME OF DEFENDANT: ROBERTA BRAGA; COURT NUMBERS: 06-095-01 (PLF) ; RESIDENCE: 18740 GINGER COURT, GERMANTOWN, MD 20874; DATE OF JUDGMENT: FEBRUARY 13, 2007; AMOUNT OF SPECIAL ASSESSMENT/FINE/RESTITUTION: ONE HUNDRED SIXTY-FIVE THOUSAND DOLLARS AND NO CENTS ($165,000.00); RATE OF INTEREST: ZERO (0); COURT IMPOSING JUDGMENT: DISTRICT OF COLUMBIA, ENTERED.

   **IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

*Loretta E. Knight*
Clerk of the Circuit Court for
Montgomery County, Maryland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

FOREIGN 11/05/2007 11 20 05